**CERTIFICATE OF SERVICE**

      I, Ronald S. Gellert, Esquire, certify that on December 6, 2023, I caused a true and correct copy of the *Motion to Authorize Joint Administration of Cases Pursuant to Federal Rule of Bankruptcy Procedures 1015(b)* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties on the attached service list via first class mail.

                                                       */s/ Ronald S. Gellert*
                                                       Ronald S. Gellert (DE 4259)

Dated: December 6, 2023

| | |
|---|---|
| CALDERON, JOSE<br>ATTN: DAVID A. CHRISTOFFEL<br>C/O: CHRISTOFFEL LAW GROUP, P.L.L.C.<br>1506 EAST WINDING WAY DRIVE<br>BUILDING 108, SUITE 506<br>FRIENDSWOOD, TX 77546 | HELIOS ENERGY HOLDINGS<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |
| PNC BANK<br>2801 E CAMELBACK RD<br>SUITE 400<br>PHOENIX, AZ 85016-4363 | UNITED STATES FIRE INSURANCE COMPANY<br>305 MADISON AVENUE<br>PO BOX 1973<br>MORRISTOWN, NJ 07960 |
| 1630 APACHE, LLC<br>6040 E MAIN ST<br># 466<br>MESA, AZ 85205 | COX BUSINESS - NCE<br>P.O. BOX 53249<br>PHOENIX, AZ 85072-3249 |
| SRP<br>PO BOX 80062<br>PRESCOTT, AZ 86304-8062 | KEEPERS COMMERCIAL CLEANING<br>2324 E. UNIVERSITY DRIVE<br>MESA, AZ 85213 |
| PROSTAR SERVICES ARIZONA INC. DBA PARKS COFFEE<br>PO BOX 113000<br>CARROLLTON, TX 75011-3000 | RELATED SERVICES, INC. DBA JANI-KING OF PHOENIX.<br>PO BOX 51526<br>LOS ANGELES, CA 90051-5826 |
| ALLY AUTO<br>PO BOX 9001948<br>LOUISVILLE, KY 40290 | BEXAR COUNTY TAX ASSESSOR - COLLECTOR<br>PO BOX 2903<br>SAN ANTONIO, TX 78299-2903 |
| EL PASO CENTRAL APPRAISAL DISTRICT<br>5801 TROWBRIDGE DR<br>EL PASO, TX 79925-3346 | HIDALGO COUNTY TAX ASSESSOR-COLLECTOR<br>PO BOX 3337<br>EDINBURG, TX 78540 |

| | |
|---|---|
| JESPARZA INC<br>1401 MONTANA<br>#B2<br>EL PASO, TX 79902 | 12 STONES ENTERPRISES<br>6933 OLSON LANE<br>PASADENA, TX 77505 |
| 1547 CSR - MCALLEN LP<br>PO BOX 200855<br>DALLAS, TX 75320-0855 | 3GS LLC DBA LONE STAR SHREDDING &<br>DOCUMENT STORAGE<br>1970 W. EXPRESSWAY 83<br>MERCEDES, TX 78570 |
| 84 LOOP 410 REALTY LTD<br>C/O TRANSWESTERN<br>84 NE LOOP 410, SUITE 149<br>SAN ANTONIO, TX 78216 | A FAMILY STORAGE LLC<br>9025 E. CAMINO ABRIL<br>TUCSON, AZ 85747 |
| A+ AIR & AEROSEAL<br>3443 N ALBA<br>MESA, AZ 85213 | A3 SMART HOME LP DBA AAA SMART HOME<br>PO BOX 841507<br>DALLAS, TX 75284-1507 |
| A4 CONSTRUCTION LLC<br>5900 BALCONES DR<br>SUITE 100<br>AUSTIN, TX 78731 | ACCENT PLUMBING INC<br>2721 E INDIAN SCHOOL RD<br>PHOENIX, AZ 85016 |
| ACCURATE SIGNS & ENGRAVING, INC<br>8837 N. CENTRAL AVE<br>PHOENIX, AZ 85020 | AEROSEAL, LLC<br>225 BYERS RD STE 1<br>MIAMISBURG, OH 45342 |
| ALAMO AUTO SUPPLY<br>5923 GATEWAY WEST<br>EL PASO, TX 79925 | AMERIGAS<br>PO BOX 660288<br>DALLAS, TX 75266-0288 |

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY<br>605 HIGHWAY 169 NORTH<br>SUITE 800<br>PLYMOUTH, MN 55441 | ATLAS CPAS & ADVISORS, PLLC<br>16841 NORTH 31ST AVE<br>SUITE 102<br>PHOENIX, AZ 85053 |
| AXEL LOGISTICS, LLC<br>PO BOX 896456<br>CHARLOTTE, NC 28289-6456 | BARRAZA, MARTHA; RAMIEREZ, JOSE AND HERRERA, MARIA<br>ATTN: JUAN URAGA<br>C/O: URAGA LAW OFFICE<br>4171 N. MESA ST. STE. B-201<br>EL PASO, TX 79902 |
| BARRIER INSULATION & ENERGY LLC<br>6344 W ORANGEWOOD AVE<br>STE 1A<br>GLENDALE, AZ 85301 | BENCHMARK INSURANCE COMPANY<br>PO BOX 413156<br>SALT LAKE CITY, UT 84141-3156 |
| BLU BANYAN INC<br>1569 SOLANO AVE. STE 645<br>BERKELEY, CA 94707 | BLUE CROSS BLUE SHIELD OF AZ<br>PO BOX 81049<br>PHOENIX, AZ 85069 |
| BRIGGS EQUIPMENT<br>PO BOX 841272<br>DALLAS, TX 75284-1272 | C & R ARIZPE ROOFING<br>1264 CALLE SAN MIGUEL<br>SAN BENITO, TX 78586 |
| CALDERON, JOSE<br>ATTN: DAVID A. CHRISTOFFEL<br>C/O: CHRISTOFFEL LAW GROUP, P.L.L.C.<br>1506 EAST WINDING WAY DRIVE<br>BUILDING 108, SUITE 506<br>FRIENDSWOOD, TX 77546 | CARRIERCOM LP<br>200 S 10TH ST SUITE 708<br>MCALLEN, TX 78501 |
| CBT PARTNERS LTD DBA JANI-KING SAN ANTONIO<br>1008 CENTRAL PARKWAY SOUTH<br>SAN ANTONIO, TX 78232 | CHULA VISTA CONST LLC<br>123 OLD PORT ISABEL RD STE B6<br>BROWNSVILLE, TX 78521 |

| | |
|---|---|
| CIRRO ENERGY DBA USR ELECTRIC<br>P.O. BOX 2229<br>HOUSTON, TX 77252-2229 | CITY ELECTRIC SUPPLY COMPANY<br>400 S. RECORD STEET<br>DALLAS, TX 75202 |
| CITY OF APACHE JUNCTION<br>300 E. SUPERSTITION BLVD.<br>APACHE JUNCTION, AZ 85119 | CITY OF MCALLEN<br>311 N 15TH ST<br>MCALLEN, TX 78501 |
| CLIFTONLARSONALLEN LLP<br>20 EAST THOMAS ROAD<br>SUITE 2300<br>PHOENIX, AZ 85012 | CONSOLIDATED ELECTRICAL DISTRIBUTORS -<br>GREENTECH EP<br>PO BOX 207115<br>DALLAS, TX 75320-7115 |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS -<br>GREENTECH HOUSTON<br>500 MORRIS OLIVER WAY<br>SUITE 300<br>KATY, TX 77494 | CONSOLIDATED ELECTRICAL DISTRIBUTORS -<br>GREENTECH RGV<br>5201 GEORGE MCVAY DRVIE<br>MCALLEN, TX 78503 |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS PHX<br>PO BOX 207072<br>DALLAS, TX 75320-7072 | CONTERRA NETWORKS<br>PO BOX 281357<br>ATLANTA, GA 30384 |
| CORELOGIC, INC. DBA CORELOGIC SOLUTIONS,<br>LLC (SMLLC, FEIN<br>33-0779353)<br>40 PACIFICA, SUITE 900<br>IRVINE, CA 92618 | COSIMO CONSTRUCTION LLC<br>2472 LEXINGTON PLACE<br>BROWNSVILLE, TX 78520 |
| COX BUSINESS - PHX/TUCSON<br>PO BOX 53249<br>PHOENIX, AZ 85072-3249 | CRATAEGUS, LLC. DBA JANI-KING OF NEW<br>MEXICO<br>2430 MIDTOWN PLACE NE<br>STE B<br>ALBUQUERQUE, NM 87107 |

| | |
|---|---|
| CREDIT CONNECTION, LLC. DBA CREDIT BUREAU CONNECTION<br>575 E. LOCUST AVE. STE 103<br>FRESNO, CA 93720 | CRUZ, GONZALO<br>6705 STONE OAK<br>BROWNSVILLE, TX 78521 |
| CYBERTECH DESIGNS, LLC<br>305 S ROCKFORD DR.<br>TEMPE, AZ 85281 | DETRITUS LLC DBA DUMPSTER RENTAL DOGS<br>525 TELFAIR RD<br>SAVANNAH, GA 31415 |
| DOMINGUEZ, MARILY<br>C/O: LAW OFFICE OF GALLERSON, HOLDER, LAWRENCE & SEYMORE<br>P.O. BOX 7217<br>LONDON, KY 40742 | DURASERV CORP DBA SOUTHERN DOCK PRODUCTS<br>PO BOX 840602<br>DALLAS, TX 75284-0602 |
| EL PASO ELECTRIC (UTILITIES)<br>P.O. BOX 650801<br>DALLAS, TX 75265-0801 | EL PASO WATER<br>P.O BOX 511<br>EL PASO, TX 79961 |
| ELITE ENTERPRISES USA LLC<br>2515 OFELIA AVE<br>BROWNSVILLE, TX 78526 | ELLIOTT ELECTRIC SUPPLY - HOU<br>3700 PASADENA FWY<br>PASADENA, TX 77503 |
| ELLIOTT ELECTRIC SUPPLY - PHX<br>121 S 39TH AVE #100<br>PHOENIX, AZ 85009 | ELLIOTT ELECTRIC SUPPLY - RGV<br>1701 N JACKSON RD.<br>MCALLEN, TX 78501 |
| ELLIOTT ELECTRIC SUPPLY - SA<br>9707 BROADWAY<br>SAN ANTONIO, TX 78217 | ELLIOTT ELECTRIC SUPPLY- TUCSON<br>3130 S. DODGE BOULEVARD<br>TUCSON, AZ 85713 |

| | |
|---|---|
| ENERBANK CONTRACTOR SUPPORT<br>650 S MAIN STREET 1000<br>SALT LAKE CITY, UT 84101 | ENERGYSAGE, INC.<br>PO BOX 960508<br>MA 02196 |
| EP CORNERSTONE<br>10101 ALCAN ST<br>EL PASO, TX 79924 | ESCARENO, JESUS; GARCIA, ARACELY AND SALINAS, MIGDALIA<br>ATTN: FABIAN GUERRERO<br>C/O: LAW OFFICE OF FABIAN GUERRERO<br>3900 WEST EXPRESSWAY 83<br>MCALLEN, TX 78501 |
| FEDEX<br>PO BOX 7221<br>PASADENA, CA 91109-7321 | FLEXIBLE BENEFIT SYSTEMS<br>5521 MAYFIELD RD.<br>LYNDHURST, OH 44124 |
| FRONIUS USA LLC<br>6797 FRONIUS DRIVE<br>PORTAGE, IN 46368 | GLYDE SOLAR LLC<br>525 S 850 E<br>SUITE 5<br>LEHI, UT 84043 |
| GREAT AMERICAN INSURANCE COMPANY<br>301 E FOURTH ST<br>CINCINNATI, OH 45202 | GREEN PLANET SERVICES, LLC<br>145 CANTEROS DRIVE<br>OLMITO, TX 78575 |
| GREENTECH ENERGY LLC<br>1311 YEADON RD<br>CHESAPEAKE, VA 23324 | HACI SERVICE, LLC<br>2108 W. SHANGRI-LA ROAD<br>PHOENIX, AZ 85029 |
| HARDACKER ROOFING LLC<br>1516 E GROVERS AVE<br>PHOENIX, AZ 85022 | HOME DEPOT CREDIT SERVICES (HDCS)<br>PO BOX 9001043<br>LOUISVILLE, KY 40290 |

| | |
|---|---|
| HUDSON ENERGY SERVICES LLC<br>PO BOX 731137<br>DALLAS, TX 75373 | HUNT INTERESTS, INC<br>17806 W. COPPER LAKES DR.<br>HOUSTON, TX, TX 77095 |
| IRA LOBO SOLAR LLC<br>2438 MONARCH DR<br>STE A-300 BOX 121<br>LAREDO, TX 78045 | J & H RENTALS, LLC<br>PO BOX 1405<br>LAREDO, TX 78040 |
| JOE OCHOA ROOFING, INC<br>12939 FOLKCREST WAY<br>STAFFORD, TX 77477 | JOHNSON CONTROLS FIRE PROTECTION LP<br>5757 N GREEN BAY AVE<br>MILWAUKEE, WI 53209 |
| KANDJI, INC.<br>101 W. BROADWAY SUITE 1440<br>SAN DIEGO, CA 92101 | LAWN RANGER<br>11717 TONY TEJEDA<br>EL PASO, TX 79936 |
| LIBERTY MUTUAL INSURANCE<br>PO BOX 188025<br>FAIRFIELD, OH 45018-8025 | MAKING YARDS GREEN AGAIN DBA MYGA<br>741 N ROOSEVELT ST<br>PEARSALL, TX 78061-4418 |
| MALTRE CONSULTING & TECHNOLOGY INC. DBA ENTARTES<br>PO BOX 219254<br>HOUSTON, TX 77218 | MCFALL<br>ATTN: DEREK REYNA<br>1201 EAST VAN BUREN ST<br>BROWNSVILLE, TX 78520 |
| MIDWAY AUTOS, LLC DBA VIVA CHEVROLET<br>5915 MONTANA<br>EL PASO, TX 79925 | MT BINS LLC DBA SMASH MY TRASH<br>6112 N MESA ST. #6055<br>EL PASO, TX 79912 |

MURILLO CONSTRUCTION LLC
487 SAN EUGENIO ST
BROWNSVILLE, TX 78521

OCCUPATIONAL HEALTH CENTERS OF SOUTHWEST, P.A.
PO BOX 9005
ADDISON, TX 75001-9005

ORACLE NETSUITE (ORACLE AMERICA, INC.)
2300 ORACLE WAY
AUSTIN, TX 78741

PITNEY BOWES BANK INC. PURCHASE POWER
P.O. BOX 981026
BOSTON, MA 02298-1026

PLANET ENTERPRISES LLC
1401 MONTANA AVE
EL PASO, TX 79902

POWER PRO SOLUTIONS, LLC
479 COLDRIDGE VALLEY
EL PASO, TX 79928

PRO PRINT AZ
4415 S 32ND STREET
PHOENIX, AZ 85040

PROFAMILY CONSTRUCTION
2618 CITATION STREET
EDINBURG, TX 78542

PUEBLO HOME SOLUTIONS LLC
3120 E SERRITOS RANCH RD
HEREFORD, AZ 85615

RAINBOW PROPERTIES LLC
C/O: LAW OFFICE OF SANFOD J. GERMAINE, P.C.
ATTN: SANFORD J. GERMAINE
4634 NORTH 44TH STREET
PHOENIX, AZ 85018

REIMAGINE ROOFING LLC
1100 E WASHINGTON ST, STE 200
PHOENIX, AZ 85034

RELATED SERVICES, INC. DBA JANI-KING OF PHOENIX.
PO BOX 51526
LOS ANGELES, CA 90051-5826

RELIANT ENERGY
P.O. BOX 3765
HOUSTON, TX 77253-3765

REPUBLIC SERVICES
PO BOX 78829
PHOENIX, AZ 85062

| | |
|---|---|
| REVELES, POMPOSO<br>ATTN: R.W. ARMSTRONG<br>C/O: THE ARMSTRONG FIRM<br>2600 OLD ALICE ROAD SUITE A<br>BROWNSVILLE, TX 78521 | RINGCENTRAL INC<br>PO BOX 734232<br>DALLAS, TX 75373-4232 |
| ROADSHOW DISTRIBUTION<br>3131 MEMORIAL CT<br>HOUSTON, TX 77007 | ROCKET FRANCHISING, INC DBA JANI-KING OF HOUSTON<br>4535 SUNBELT DRIVE<br>ADDISON, TX 75001 |
| ROLLINS, INC. DBA ORKIN, LLC<br>PO BOX 740300<br>CINCINNATI, OH 45274 | ROQUE, ERMIDA<br>ATTN: STEPHEN BRICE BURRIS<br>C/O: FEARS NACHAWATI LAW FIRM<br>5473 BLAIR ROAD<br>DALLAS, TX 75231 |
| SATIC, INC.<br>1500 CLARK FORK LANE<br>MISSOULA, MT 59808 | SEO FOR JOBS<br>JUNGFERNSTIEG 47<br>HAMBURG, 20354<br>GERMANY |
| SIMPLE SOLAR INDUSTRIES, LLC<br>1001 S DAIRY ASHFORD RD<br>HOUSTON, TX 77077 | SMART ENERGY DIRECT LLC<br>1371 RUBY SKY CT.<br>HENDERSON, NV 89052 |
| SOLAR DISTRIBUTORS LLC<br>PO BOX 1040<br>SANTA ROSA, TX 78593 | SOLAR MADE SIMPLE, LLC<br>10817 NOTUS LN SUITE E102<br>EL PASO, TX 79935 |
| SOLIS, HECTOR<br>ATTN: ROBERT D. DABAGHIAN<br>C/O: THE LAW OFFICE OF ROBERT D. DABAGHIAN<br>8207 CALLAGHAN ROAD, SUITE 250<br>SAN ANTONIO, TX 78230 | SPARKLETTS & SIERRA SPRINGS<br>PO BOX 660579<br>DALLAS, TX 75266-057 |

| | |
|---|---|
| SPECTRUM BUSINESS<br>P.O. BOX 77169<br>CHARLOTTE, NC 28271-7169 | SUN CITY SUNSHINE POWER LLC DBA SUNSHINE CITY POWER COMPANY<br>500 N. OREGON<br>EL PASO, TX 79901 |
| SUNBELT RENTALS, INC.<br>P.O. BOX 409211<br>ATLANTA, GA 30384-9211 | SUNFORCE SOLAR LLC<br>3915 SAN YSIDRO RD<br>LAS CRUCES, NM 88007 |
| SUNPOWER TECHNOLOGIES<br>12202 SAINT LUCIA<br>EL PASO, TX 79936 | SUNSPEC ALLIANCE<br>4040 MOORPARK AVENUE, SUITE#110<br>SAN JOSE, CA 95117 |
| SUNSTATE EQUIPMENT<br>PO BOX 208439<br>DALLAS, TX 75320 | SUNTEC LLC<br>2601 E. YANDELL DR<br>SUITE 101<br>EL PASO, TX 79903 |
| TBBK DIRECT LEASING<br>PO BOX 140733<br>ORLANDO, FL 32814-0733 | TEXAS GAS SERVICE<br>PO BOX 219913<br>KANSAS CITY, MO 64121-9913 |
| THE PEP BOYS<br>PEP BOYS REMITTANCE DEPARTMENT<br>PO BOX 8500-50446<br>PHILADELPHIA, PA 19178 | THE RICE-TINSLEY CORPORATION<br>8129 SIGNET STREET<br>HOUSTON, TX 77029 |
| TURNKEY LENDER INC.<br>901 S MOPAC EXPRESSWAY<br>BUILDING 1<br>SUITE #310<br>AUSTIN, TX 78746 | ULTRA ROOFING SOLUTIONS<br>5750 W ROOSEVELT ST<br>PHOENIX, AZ 85043 |

| | |
|---|---|
| UNIFIRST HOLDINGS, INC - TUCSON<br>PO BOX 650481<br>DALLAS, TX 75265-0481 | UNITED RENTALS (NORTH AMERICA) INC<br>FILE 51122<br>LOS ANGELES, CA 90074-1122 |
| UNITED STATES FIRE INSURANCE COMPANY<br>305 MADISON AVENUE<br>PO BOX 1973<br>MORRISTOWN, NJ 07960 | VACO, LLC<br>5501 VIRGINIA WAY STE 120<br>BRENTWOOD, TN 37027 |
| VERIZON WIRELESS<br>P.O. BOX 660108<br>DALLAS, TX 75266-0108 | WEISBART SPRINGER HAYES, LLP<br>212 LAVACA ST #200<br>AUSTIN, TX 78701 |
| WESTERN B SOUTH TX, LLC<br>602 WEST OFFICE CENTER DRIVE<br>STE 200<br>FORT WASHINGTON, PA 19034 | WESTERN FLEET SERVICES, INC DBA DESERT HAVEN TRAILER<br>3800 SHELL ST<br>EL PASO, TX 79925 |
| WHELAN CONSTRUCTION LAW, P.A.<br>2950 HALCYON LANE, SUITE 707<br>JACKSONVILLE, FL 32223 | ZERO ENERGY LLC<br>5849 KINGS XING<br>BROWNSVILLE, TX 78526 |
| ZIWA HOLDINGS LTD<br>3521 OLD PORT ISABEL RD.<br>BROWNSVILLE, TX 78526 | |