IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ERUS HOLDINGS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11833-CTG<br><br>RE: D.I. 13 and 19 |
| In re:<br><br>ERUS BUILDERS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11834-CTG<br><br>RE: D.I. 21 and 32 |
| In re:<br><br>NATIONAL CLEAN ENERGY, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11835-CTG<br><br>RE: D.I. 13 and 19 |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b)**

Upon the motion (the "Motion")[1] of the above-captioned debtors (collectively, the "Debtors") for an order authorizing the joint administration of the Debtors' separate chapter 7 cases for procedural purposes only, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion and the hearing thereon has been

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore, as set forth herein

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 23-11834-CTG in accordance with the provisions of Bankruptcy Rule 1015(b), Local Rule 1015-1 and section 105 of the Bankruptcy Code, and the joint caption of the cases shall read as it appears immediately below:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re | Chapter 7 |
|---|---|
| ERUS BUILDERS, LLC, *et al.*, | Case No.: 23-11834-CTG |
| Debtors. | (Jointly Administered) |

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtors' federal tax identification numbers are: Erus Holdings, LLC (6265); Erus Builders, LLC (0306); and National Clean Energy, LLC (8399)

3. All original pleadings shall be captioned as indicated in the preceding paragraph and all original docket entries shall be made solely in the case of Erus Builders, LLC, Case No. 23-11834-CTG unless the Court orders otherwise.

4. A docket entry shall be made in each of the other Debtors' chapter 7 cases substantially as follows:

> An order has been entered in this case consolidating this case with the case of Erus Builders, LLC, Case No. 23-11834-CTG for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The

docket in Case No. 23-11834-CTG shall be consulted for all matters affecting this case.

5.  The caption set forth above shall be deemed to satisfy any applicable requirements of Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n).

6.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of these chapter 7 cases.

7.  This Order shall take effect immediately upon entry.

8.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

Dated: December 26th, 2023  
Wilmington, Delaware

CRAIG T. GOLDBLATT  
UNITED STATES BANKRUPTCY JUDGE